UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JILL CARUSO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CASE NO. 1:13-cv-00423-SEB-DKL |
| LHO INDIANAPOLIS HOTEL ONE, L.L.C., A Foreign Limited Liability Company, | ) ) ) |
| | ) |
| Defendant. | ) |

**<u>ORDER GRANTING MOTION TO CONSOLIDATE</u>**

Having reviewed the Joint Motion to Consolidate, and being duly advised, the Court hereby GRANTS the motion. Cause No. 1:13-cv-01310-SEB-TAB shall be consolidated into Cause No. 1:13-cv-00423-SEB-DKL. All further proceedings in these matters shall be conducted under Cause No. 1:13-cv-00423-SEB-DKL.

SO ORDERED.

Dated: 10/15/2013

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.

16034618.1